ACCEPTED
02-17-00139-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 1:36 PM
DEBRA SPISAK
CLERK

IN THE COURT OF APPEALS
FOR THE SECOND COURT OF APPEALS
DISTRICT OF TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 1:36:22 PM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| SAMSON MOSES BILLIOT | § | |
| | § | |
| V. | § | No. 02-17-00139-CR |
| | § | |
| STATE OF TEXAS | § | |

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Samson Moses Billiot, Appellant, by and through his attorney of record, and moves this Court to allow him a thirty-day extension, until January 15, 2018, in which to file his brief on appeal. The following allegations are made in support of this motion.

I.

The court below is the 372nd District Court of Tarrant County. The style and number of the case is *State v. Billiot,* cause number 1474072D.

II.

Appellant was convicted of arson (with intent to destroy a habitation) (deadly weapon, habitual count found true) and sentenced to forty years in prison. Appellant is incarcerated.

1

III.

Appellant's brief is due December 22, 2017. This is Appellant's second request for an extension of time. The date of submission has not yet been set.

IV.

This extension is not requested for purposes of delay. During the previous month, the undersigned attorney has been engaged in drafting the brief in *State v. Butler*, cause number 1445189D which is due December 20, 2017.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this request and allow for a sixty-day extension until January 15, 2018, for the filing of Appellant's brief.

Respectfully submitted,


/s/ Shelly K. Messerli
Shelly K. Messerli
State Bar No. 24051044
Attorney for Appellant
505 Pecan Street, Ste. 201
Fort Worth, Texas 76102
817-632-6364
Fax: 817-877-3666
shelly@messerlilaw.com

## CERTIFICATE OF CONFERENCE

The State does not object to the grant of this extension request.


/s/Shelly K. Messerli
Shelly K. Messerli


## CERTIFICATE OF SERVICE

A copy of this motion has been sent via electronic mail to the attorney for the

State on December 20, 2017.


/s/Shelly K. Messerli
Shelly K. Messerli